[S. F. No. 11364. In Bank.—April 30, 1928.]

R. DEI, Respondent, v. PIETRO BAVA, Appellant.

Wm. M. Abbott, K. W. Cannon, J. E. Reardon and H. A. Gabriel for Appellant.

R. V. Bressani and D. T. Jenkins for Respondent.

THE COURT.— The appeal in this action involves the same matters discussed and decided in the case of *Citti* v. *Bava, ante,* p. 136 [266 Pac. 954], and is presented on the same briefs. On the authority of that case the judgment herein is reversed.